| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br>303-606-2300 | DATE FILED: January 7, 2022 3:10 PM<br>FILING ID: D75FED05E297B<br>CASE NUMBER: 2022CV30050 |
| Plaintiff: PAMELA DISBROW<br><br>v.<br><br>Defendants: COSTCO WHOLESALE CORPORATION | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Russell O. Araya, Esq., #41117<br>RAMOS LAW<br>10190 Bannock Street, Suite 200<br>Northglenn, CO 80260<br>Phone Number: (303) 733-6353<br>Fax Number: (303) 856-5666<br>E-mail: Russell@ramoslaw.com | Case No:. 2022CV30050<br><br>Division: 414<br><br>Honorable Ross Buchanan, Judge |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Pamela Disbrow, by and through her attorneys, Ramos Law, files a Complaint for damages against the Defendant Costco Wholesale Corporation, as follows:

1. At all pertinent times, Plaintiff Pamela Disbrow, resided at 10655 Downing Street, Northglenn, CO 80233.

2. At all pertinent times, Defendant Costco Wholesale Corporation ("Costco") was the owner and/or operator of the Costco Warehouse #440 store located at 6400 W. 92nd Avenue, Westminster, CO 80031.

3. At all pertinent times, Defendant Costco Wholesale Corporation was a Washington corporation with its principal office at 999 Lake Drive, Issaquah, Washington 98027, and was doing business in the State of Colorado. The registered agent for Costco Wholesale Corporation is C T Corporation System, 7700 E. Arapahoe Road, Suite 200, Centennial, CO 80112.

4. At all pertinent times, Defendant Costco Wholesale Corporation was responsible for the condition of the property located at 6400 W. 92nd Avenue, Westminster, CO 80031.

5. Venue is proper in this Court pursuant to C.R.C.P. 98(c) because the Defendant is a non-resident of the State of Colorado and venue is proper in the county designated in the Complaint.

## FIRST CLAIM FOR RELIEF
## PREMISES LIABILITY

6.      The Plaintiff incorporates the prior paragraphs in her Complaint as if fully stated herein.

7.      On or about January 14, 2020, at approximately 2:00 p.m. the Plaintiff Pamela Disbrow was shopping at CostcoWholesale Warehouse 440 store located at 6400 W. 92nd Avenue, Westminster, Colorado and slipped and fell on grapes and strawberries that were located on the floor, injuring her left hip, low back and wrists.

8.      For all relevant times, Pamela Disbrow was an "invitee" as defined by §13-21-115, C.R.S. of the Defendant and the Costco Wholesale Warehouse 440 store.

9.      For all relevant times, the Defendant Costco, was a "landowner" as defined by C.R.S. §13-21-115, of the Costco Wholesale Warehouse 440 store at 6400 W. 92nd Avenue, Westminster, Colorado.

10.     The Defendant Costco, through its agents and employees, created the dangerous condition – a slip hazard of fruit on the floor, or knew of a dangerous condition on the property – a slip hazard of fruit on the floor, or as a person or entity using reasonable care, should have known, that a slip hazard of fruit was on the floor where the Plaintiff Pamela Disbrow slipped and fell, and knew or should have known that fruit on the floor created a danger of injury to the public.

11.     Defendant Costco failed to reasonably inspect the aisle for fruit on the floor, failed to set up reasonable inspection protocols, failed to timely clean up the fruit on the floor, failed to reasonably warn of the danger and failed to reasonably prevent individuals from walking in the area where the fruit had fallen onto the floor.

12.     As a sole, direct, and proximate cause of the Defendant Costco's failure to use reasonable care to protect against the dangers on the property for which it created, or knew or should have known of, the Plaintiff Pamela Disbrow sustained serious and permanent bodily injuries, past and future health care treatment bills, past and future pain and suffering, past and future physical impairments, and past and future loss of enjoyment of life.

        WHEREFORE, the Plaintiff Pamela Disbrow requests that judgment be entered in her favor and against the Defendant Costco Wholesale Corporation, in an amount to be determined at trial for all economic, non-economic damages, and physical impairment damages allowed by law, plus costs, in an amount to be determined at trial, pre and post judgment interest as permitted by law, and for such other and further relief as the Court deems just and proper.

        **PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES.**

Dated: January 7, 2021

RAMOS LAW

*[signature]*

Russell O. Araya, Esq. #41117
*Attorneys for Plaintiff*

Plaintiff's Address:
10655 Downing Street
Northglenn, CO 80233

3